UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
CASE 3:15-cv-03781-MEJ

| | |
|---|---|
| **THOMAS SCHMIDT**<br><br>    Plaintiff,<br><br>    v.<br><br>**AVANTEUSA LTD.,<br>JEREMY MOORE (aka JOHN DOE), and RUBEN GONZALEZ (aka JOHN DOE);**<br><br>    Defendants | **ORDER OF DISMISSAL<br>WITH PREJUDICE** |

## ORDER

Based on the above Stipulation of Dismissal filed herewith, this Court hereby orders that Plaintiff's Complaint against all Defendants, shall be, and herewith is, dismissed with prejudice without costs, or disbursements, or attorneys' fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: _October 27, 2015_ .

_____
HON. JUDGE MARIA-ELENA JAMES
United States District Court